IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 NOV -9 PM 5: 31

CLERK
SO. DIST. OF GA.

BOBBY DOTSON,

    Plaintiff,

v.

CORY ALLEN; SOPHIA ARTHUR,
and JENNIFER CORBITT,

    Defendants.

CIVIL ACTION NO.: CV606-065

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Pre-Answer Motion to Dismiss is **DENIED**. Defendants shall file their answer to Plaintiff's complaint within twenty (20) days of the date of this Order.

SO ORDERED, this 9th day of NOVEMBER, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)