IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BOBBY DOTSON,

    Plaintiff,

v.

CORY ALLEN; SOPHIA ARTHUR,
and JENNIFER CORBITT,

    Defendants.

CIVIL ACTION NO.: CV606-065

## ORDER

Plaintiff has filed a Motion for Entry of Default Judgment. In his motion, Plaintiff asserts that the Defendants have failed to file an answer to Plaintiff's complaint, and that he is entitled to a judgment by default. Defendants have filed a response. Defendants filed a Pre-Answer Motion to Dismiss. Until the resolution of that motion to dismiss, Defendants were not required to file an answer. By Order dated November 9, 2006, the Court denied Defendants' Motion to Dismiss and directed that Defendants file an answer within twenty days of November 9, 2006. As Defendants' answer is not yet due, Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 15th day of November, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)